UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EDWARD STOKES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> E. MADINA, STEVEN DOLLINGER, ) <br> and A. TEW, ) <br> ) <br> Defendants. ) <br> ) <br> ) | **JUDGMENT** <br> **CASE NO. 5:23-CV-93-M-RJ** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's Order entered on July 5, 2023 [DE 9], the court ADOPTS the Memorandum and Recommendation [DE 8]. Plaintiff's Complaint is DISMISSED without prejudice.

This Judgment filed and entered on July 5, 2023, and copies to:
Edward Stokes (via U.S. Mail)

July 5, 2023

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Kimberly R. McNally
Deputy Clerk